**Bank of America** Home Loans

Bank of America, N.A.
5401 N. Beach Street
Mail Stop: TX2-977-01-34
Fort Worth, TX 76137

November 17, 2014

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Gloria L Camacho
4945 SW 101st Ave
Miami, FL 33165

**Loan Number:** ▆▆▆▆

Dear Gloria L Camacho:

**Congratulations! You are approved for a trial modification.**

**To accept this Trial Period Plan offer, please make your first payment by January 1, 2015.**

Based on a careful review of the information you provided with your Borrower Response Package, we are pleased to inform you that **you are approved to start a Freddie Mac Standard Modification Program Trial Period Plan.** This is the next step toward qualifying for affordable mortgage payments.

Please read the information below so that you understand all the steps you need to take to permanently modify your mortgage through this program.

**How to accept this offer**

To accept this offer, you must complete the following steps:

- **Step #1:** Review carefully the enclosed *Frequently Asked Questions and Additional Trial Period Plan Information and Legal Notices.*

- **Step #2:** Make new monthly Trial Period Plan payments shown below in place of your normal monthly mortgage payment. The payments represented below each include the escrow amount of $561.50.

|  | Payment Amount | Payment Date |
|---|---|---|
| 1st Trial payment: | $1,921.91 | 01/01/2015 |
| 2nd Trial payment: | $1,921.91 | 02/01/2015 |
| 3rd Trial payment: | $1,921.91 | 03/01/2015 |



**What you need to know**

We must receive each payment on time but no later than by the last day of the month in which it is due. **If you miss a payment or do not comply with any of the other terms of your Trial Period Plan, this offer will end and your loan will not be modified under this program.** Failure to comply with the Trial Period Plan may also impact your ability to obtain another modification. Making a payment greater than your trial payments or making payments ahead of the above schedule may indicate that you do not need assistance and can also prevent you from qualifying for a permanent modification. If your last trial period payment is made in the last half of the month it is due, we may extend your Trial Period Plan by an extra month.

Your trial payment includes an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your new monthly payment will increase as well. Please see the enclosed Frequently Asked Questions for more information.

Payment coupons are included in this package if you wish to send your payment in the mail or you can also call us at 1.800.669.6650 and we will help you reach our payment processing department. The payment may be able to be deducted directly from your checking account, if applicable. There are no fees to make your payment by phone during your trial period.

Below is a summary of your projected loan terms following the completion of your Trial Period Plan. You will be provided the specific terms of loan modification when you have completed your Trial Period Plan.

| Projected Loan Terms After Modification* ||
|---|---|
| Interest Rate | 4.500% |
| Maturity Date | 12/01/2054 |
| Monthly Principal and Interest Payment | $1,360.41 |
| Monthly Payment Amount** | $1,921.91 |
| *Projected loan terms are estimates and subject to change. **This includes the escrow amount of $561.50 ||

- On your final due date, you will have to pay a remaining amount due in a lump sum final payment of approximately $129,689.23 on that date, or when you transfer an interest in, refinance, or sell your home. This is an estimate only and is subject to change.

- If you have a scheduled foreclosure sale date and take the required steps to accept this offer, Bank of America will make every effort to postpone the sale. However, in some cases, the court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale or the investor on your loan may not halt the scheduled sale. **Do not ignore any foreclosure notices.**

- After you make all of your Trial Period Plan payments and if you continue to meet all of the eligibility requirements of your modification program, we will send you three copies of the modification agreement explaining your loan modification terms that must be signed, notarized (if required) and returned to us along with your first modified monthly payment. (Your existing loan and loan requirements remain in effect and unchanged during the Trial Period Plan.)

- Upon successful completion of the Trial Period Plan and conversion to permanent mortgage loan modification, you will have the ability to prepay the mortgage loan without restrictions or penalties.

- If your mortgage loan becomes delinquent after it is permanently modified, you may not be eligible for another mortgage loan modification.

- If you are represented by a bankruptcy attorney, please consult with him or her about how this modification will affect your mortgage and your bankruptcy case. If you are currently in a bankruptcy proceeding, any final modification of your mortgage may require Bankruptcy Court approval. Also, if you are in Chapter 13 bankruptcy, you may also be required to amend your bankruptcy plan. Your bankruptcy attorney can assist you with that process.

**How we evaluated your request**

In an effort to find the best available loan assistance program for which you are eligible, we evaluate your financial information against the list of assistance programs available to you in the order required by your investor. Once we determine that you qualify for a particular program, we offer it to you. Depending upon where the offered program is in that order, there may be other programs lower in the list that we are unable to offer you under investor requirements. We are required under applicable law to identify these programs for you. The attachment to this letter lists the program you are approved for (if any), those that you did not qualify for after we reviewed your information, and any programs in the order that we are unable to offer you.

**We are here to help**

If you cannot afford the Trial Period Plan payments shown above but want to remain in your home, or if you have decided to leave your home, please call 1.800.669.6650 Monday - Friday 7 a.m. to 12 a.m. and Saturday 8 a.m. to 6 p.m. Eastern.

**We are glad you have been approved for a Trial Period Plan offer.**


Christine Robertson
Home Loan Team
Bank of America, N.A.


Enclosures: (1) Frequently Asked Questions (2) Results of the Evaluation (3) Additional Trial Period Plan Information and Legal Notices (4) Payment Coupons (5) Return Envelope (6) Payment Envelopes


Notices of error, requests for information and qualified written requests (QWR, as defined in RESPA) must be sent to:

Bank of America
Attn: Notice of Error & Request for Information
P.O. Box 942019
Simi Valley, CA 93094-2019

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to let you know about your potential eligibility for this program.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and comparable state laws afford significant protections and benefits to eligible military service personnel. Please note, however, that military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court order approval may be obtained for foreclosure to proceed. If you are having difficulty making your payments, please contact the Enterprise Military Benefits Unit at your earliest convenience by calling 1.877.345.0693. If you are calling from outside the U.S. please contact us at 1.817.245.4094. Both numbers are open 24 hours a day, 7 days a week to discuss the various home retention options that may be available. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 1.800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-certified housing counselors at hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Mortgages funded and administered by an 🏠 Equal Housing Lender.
✪ Protect your personal information before recycling this document.



## Trial Period Mortgage Payment Coupons

Your trial period payments are due in the exact amounts listed on the coupons and according to the dates listed on the cover page. The amount of $1,921.91 will be due on 01/01/2015, 02/01/2015, and 03/01/2015.

Please note that these payments should be sent instead of -- not in addition to -- your regular monthly mortgage payment. You should also continue making payments in the amount of $1,921.91 until you receive confirmation from us in writing regarding your permanent modification.

*If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and not an attempt to impose personal liability for the debt.*

---

*Please detach and include with your second month's trial period modified mortgage payment:*

Gloria L Camacho
4945 SW 101st Ave
Miami, FL 33165

**Loan Number:** ▆▆▆▆▆

I have enclosed my trial period mortgage payment of **$1,921.91**.

**Send your payment to:**

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

Bank of America Home Loans

---

*Please detach and include with your first month's trial period modified mortgage payment (If you have already made your first month's trial period payment please disregard this coupon.):*

Gloria L Camacho
4945 SW 101st Ave
Miami, FL 33165

**Loan Number:** ▆▆▆▆▆

I have enclosed my trial period mortgage payment of **$1,921.91**.

**Send your payment to:**

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

Bank of America Home Loans

*Please detach and include with your third month's trial period modified mortgage payment:*

Gloria L Camacho
4945 SW 101st Ave
Miami, FL 33165

**Loan Number:** █████████
I have enclosed my trial period mortgage payment of **$1,921.91**.

**Send your payment to:**

Bank of America, N.A.
Payment Processing
P.O. Box 660833
Dallas, TX 75266-0833

Bank of America ◆ Home Loans