

**ORDERED in the Southern District of Florida on January 7, 2019.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          CASE NO. 13-33780-BKC-AJC

GLORIA L. CAMACHO,,                                Chapter 13

      Debtor.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court *sua sponte* upon the Court's *Notice of Requirement to File Local Form 97 "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object"* dated August 22, 2018 [ECF #136] ("Notice"). The Notice states, in pertinent part:

> "[t]he debtor is required to file and serve the attached Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" on all parties of record. The trustee filed the notice of completion of plan payments and **the debtor has failed to timely file the Local Form** "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object."

> NOTICE IS HEREBY GIVEN THAT the debtor must serve and file the Certificate and Motion **within 30 days of the date of this notice or the above case may be closed without entry of a discharge** and notice will be provided to all parties of

record that the case was closed without entry of a discharge."

Despite service of the Notice upon Debtor's counsel, counsel has neglected to file the required papers.  The Debtor has completed the plan payments and the Court believes that it would be prejudicial to the Debtor to close the case without the issuance of a discharge for counsel's failure to cure the deficiency set forth above.

Therefore, it is

 **ORDERED AND ADJUDGED:**

A hearing will be held on **January 31, 2019 at 9:00 a.m. in Courtroom 7, C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Miami, Florida 33128** at which attorney Ricardo Corona, is directed to appear and show cause why the case should not be closed without a discharge for failure to file Local Form 97. Failure to appear at the hearing or file Local Form 97 by the above date shall result in this case being closed without a discharge without any further notice or hearing. **If Local Form 97 is filed by the Debtor or the Debtor's attorney prior to the hearing then Debtor's attorney may upload an Order Discharging the Order to Show Cause and Cancelling the Hearing.**

# # #

Copy to:

Gloria L. Camacho, Debtor
Ricardo Corona, Esq.
Nancy K. Neidich, Chapter 13 Trustee